3
**JUDITH C. HOTZE, State Bar No. 123725**
Trial Attorney
ANTONIA G. DARLING, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814-2322
(916) 930-2100 / Fax (916) 930-2099

Attorneys for Acting United States Trustee,
Region 17, August B. Landis

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 91-26698-C-7 |
| Quality Dimensions, Inc., | DC No.: UST-1 |
| Debtor. | No Hearing Requested |
| _____/ | |

**MOTION OF THE UNITED STATES TRUSTEE
TO REOPEN CASE AND APPOINT CHAPTER 7 TRUSTEE**

TO THE HONORABLE CHRISTOPHER M. KLEIN, U. S. BANKRUPTCY JUDGE:

    The Acting United States Trustee for the Eastern District of California ("UST") hereby requests that the Court reopen the above-referenced case pursuant to 11 U.S.C. § 350(b), based on the following.

    (1)  The case was filed on September 9, 1991.  The Debtor was not granted a discharge, and the case was closed on January 30, 1996.

(2) During the pendency of this case, a claim arose against auctioneer Gregg Isett, dba Pacific Coast Liquidator, based on his failure to turn over proceeds of estate assets which he had auctioned or otherwise disposed of. Similar claims arose against Mr. Isett in 36 other bankruptcy estates.

(3) Mr. Isett ultimately was prosecuted and incarcerated for his defalcations as an auctioneer.

(4) On July 8, 1993, Mr. Isett filed a voluntary chapter 7 bankruptcy, Case No. 93-25861-B-7 ("the Isett case"). The trustee of the instant case and the other 36 aggrieved estates filed proofs of claim in the Isett case. The Isett case has been kept open for all this time in order for the trustee to collect restitution payments from Mr. Isett and make a distribution of those funds to the aggrieved estates.

(5) The present, successor trustee in the Isett case is Michael Kasolas. The UST is informed and believes that Mr. Kasolas has completed his administration of the Isett case and is prepared to make a distribution to the various creditor bankruptcy estates, including the instant case.

(6) All of the creditor bankruptcy cases have been closed, including the instant case.

(7) It is necessary to reopen the instant case and the other creditor bankruptcy cases, and to appoint a trustee in each such case, to administer the funds which Mr. Kasolas intends to distribute.

**BASED ON THE FOREGOING**, the UST moves the Court for an order reopening the above-referenced case pursuant to 11 U.S.C. § 350(b) and directing the appointment of a chapter 7 trustee. The UST intends to appoint Susan Smith.

Executed at Sacramento, California, on this 20th day of February, 2013.

          Respectfully submitted,

          /s/Judith C. Hotze
          Judith C. Hotze
          Attorney for the Acting U. S. Trustee,
          August B. Landis

          E-filer:  Judith C. Hotze
          Direct Line:   (916) 930-2087
          E-mail:   judy.c.hotze@usdoj.gov